**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ROBERT OPENSHAW,** | Case No.: SACV 10-00689-CJC(SSx) |
| Plaintiff, | |
| v. | |
| | **JUDGMENT** |
| **FEDEX GROUND PACKAGE SYSTEM, INC. and DOES 1 through 10,** | |
| Defendant. | |

In light of the jury returning a lawful verdict in favor of Plaintiff and awarding him $410,000 for Defendant's breach of the implied covenant of good faith and fair dealing, the Court hereby enters judgment in favor of Plaintiff and against Defendant in the amount of $410,000. The Court dismisses without prejudice Plaintiff's claim for breach of contract given the jury's deadlock on that claim and given Plaintiff is not entitled to duplicative recovery even if he prevailed on the claim after another trial.

//

Plaintiff shall recover his costs.

DATED:   July 30, 2012

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE