1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN ROBERT OPENSHAW, | Case No. SACV10-689 CJC (SSx) |
|---|---|
| Plaintiff, | Court of Appeals Case No.: 12-56581 |
| vs. | **JUDGMENT** |
| FEDEX GROUND PACKAGE SYSTEM, INC., and DOES 1 through 10, | |
| Defendants. | |

Morgan, Lewis & Bockius LLP
Attorneys At Law
Irvine

1     Based upon on the judgment of the United States Court of Appeals for the Ninth Circuit, entered on May 29, 2014, and the Mandate of the same Court, entered on August 14, 2014, the Court vacates its prior judgment, entered on July 30, 2012, for Plaintiff Openshaw and its prior award of costs to Plaintiff entered on September 6, 2012.

    The Court hereby enters Judgment for Defendant FedEx Ground Package System, Inc.

    Defendant shall recover its costs and attorney's fees to the extent recoverable under the law.

**IT IS SO ORDERED.**

September 17, 2014
_____      _____
Date      Hon. Cormac J. Carney
     U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1      SACV10-689 CJC (SSx)
JUDGMENT

DB2/ 25303547.2